THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TOMELL T. BREWER, Appellant. (Appeal No. 2.) [890 NYS2d 887]—

Present—Scudder, P.J., Centra, Fahey, Carni and Pine, JJ.